UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ALEX LALIN,

      Plaintiff,

  -against-

WESTERN BEEF, INC. et al.,

      Defendants.
------------------------------------- x

13 Civ. 7045 (PAE)(AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

    Based on the settlement agreement reached by all parties and transcribed by the court reporter on May 15, 2014, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs.  Any pending motions are to be terminated as moot.

    SO ORDERED.

DATED:    New York, New York
               May 15, 2014

_____
**Andrew J. Peck**
United States Magistrate Judge

Copies **ECF** to:    All Counsel
                       Judge Engelmayer

C:\ORD\DISMISS